UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 JAN 20 P 12: 37
U.S. DISTRICT COURT
DISTRICT OF MASS

SYLVANTUS MOSES, )
    Plaintiff )
)
v. ) CIVIL DOCKET NO. 04CV-12534-REK
)
SPRINGFIELD TERMINAL )
RAILWAY COMPANY, )
    Defendant )
_____ )

### NOTICE OF APPEARANCE

Please enter my appearance on behalf of the defendant in the above-captioned case.

Dated this 19th day of January, 2005.

> DEFENDANT,
> Springfield Terminal Railway Company
> By their attorney,
>
> _____
> James J. Walsh (BBO #514560)
> HERLIHY, THURSBY AND HERLIHY, LLP
> 133 Federal Street
> Boston, MA 02110
> (617) 426-6100
> jwalsh@hthlaw.com

### CERTIFICATE OF SERVICE

I, James J. Walsh, counsel for defendants, hereby certify that I have this day, _____ 19 _____, 2005, served a copy of the foregoing document on the plaintiff herein by mailing same, postage prepaid, to:

Thomas J. Joyce, III, Esq.            Michael J. McDevitt, Esq.
HANNON & JOYCE                         88 Black Falcon Avenue
The Public Ledger Bldg, Suite 1000     Suite 345
L50 S. Independence Square W.          Boston, MA  02110
Philadelphia, PA  19106

_____
James J. Walsh