UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SYLVANTUS MOSES, )
    Plaintiff )
)
v. ) CIVIL DOCKET NO. 04-CV-12534-REK
)
SPRINGFIELD TERMINAL )
RAILWAY COMPANY, )
    Defendant )
_____ )

## ANSWER & JURY CLAIM

1. Admitted.

2. Admitted.

3. Admitted. The defendant denies that it is liable under said statutes.

4. Admitted.

5. The defendant denies that its agents, servants or employees caused injuries to the plaintiff.

6. Admitted.

7. At this time the defendant is without information sufficient to enable it to either admit or deny this allegation.

8. The defendant admits that the plaintiff was injured on or about said date. Otherwise, the defendant denies this allegation.

9. The defendant denies this allegation.

10. The defendant denies this allegation.

11. The defendant denies this allegation.

12. The defendant denies this allegation.

13. The defendant denies this allegation.

14. The defendant denies this allegation.

15. The defendant denies this allegation.

### First Additional Defense

And further answering, the defendant says that if the plaintiff was injured, his injuries were caused by his own negligence or lack of care for his personal safety.

### Second Additional Defense

And further answering, the defendant says that if the plaintiff was injured, his injuries were caused by his failure to follow established work safety procedures and rules.

### Third Additional Defense

And further answering, the defendant says that the plaintiff's claim is barred by the Statute of Limitations.

### Defendant claims Jury Trial.

DEFENDANT,
Springfield Terminal Railway Company
By their attorney,

_____
James J. Walsh (BBO #514560)
HERLIHY, THURSBY AND HERLIHY, LLP
133 Federal Street
Boston, MA 02110
(617) 426-6100
jwalsh@hthlaw.com

**CERTIFICATE OF SERVICE**

    I, James J. Walsh, counsel for defendants, hereby certify that I have this day, ___Jan 19___, 2005, served a copy of the foregoing document on the plaintiff herein by mailing same, postage prepaid, to:

Thomas J. Joyce, III, Esq.          Michael J. McDevitt, Esq.
HANNON & JOYCE                   88 Black Falcon Avenue
The Public Ledger Bldg, Suite 1000  Suite 345
L50 S. Independence Square W.      Boston, MA  02110
Philadelphia, PA  19106

                              _____
                              James J. Walsh