# United States District Court

FOR THE _____ DISTRICT OF __MASSACHUSETTS__

Boston Division

| | |
|---|---|
| Sylvantus Moses | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: |
| Springfield Terminal Railway Company | 04  12534 RE |

TO: (Name and address of defendant)

Springfield Terminal Railway Company
Iron Horse Park
North Billerica, MA 01862

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| THOMAS J. JOYCE, III | MICHAEL J. MCDEVITT |
| HANNON & JOYCE | LAWSON & WEITZEN LLP |
| The Public Ledger Building - Ste. 1000 | 88 Black Falcon Avenue |
| 150 S. Independence Mall West | Suite 345 |
| Philadelphia, PA 19106-3323 | Boston, MA 02210 |
| (215) 446-4460 | (617) 439-4990 |
| Attorney for Plaintiff | Local Counsel for Plaintiff |

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DEC 2 - 2004
DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): United States Mail – Certified – Return Receipt. See atttached receipt.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        Date                                                    Signature of Server

                                                                    _____
                                                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.