UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SYLVANTUS MOSES, )
    Plaintiff )
 )
v. ) CIVIL DOCKET NO. 04CV-12534-REK
 )
SPRINGFIELD TERMINAL )
RAILWAY COMPANY, )
    Defendant )
_____ )

**ASSENTED TO MOTION OF DEFENDANT**
**TO RESCHEDULE SCHEDULING CONFERENCE**

    The defendant, with the assent of the plaintiff, moves to reschedule the conference on March 2, 2005 to a later date, during the week of March 7, 2005 or a later date.

    The reason for said request is that defendant's counsel has a conflict on March 2, 2005.

                             DEFENDANT,
                              Springfield Terminal Railway Company
                              By their attorney,

                              _____
                              James J. Walsh (BBO #514560)
                              HERLIHY, THURSBY AND HERLIHY, LLP
                              133 Federal Street
                              Boston, MA 02110
                              (617) 426-6100
                              jwalsh@hthlaw.com

Assented to:
_____
Thomas J. Joyce, III, Esq.
HANNON & JOYCE
The Public Ledger Bldg, Suite 1000
150 S. Independence Square W.
Philadelphia, PA 19106
Attorney for Plaintiff

_____
Michael J. McDevitt, Esq. (BBO# 564720)
88 Black Falcon Avenue
Suite 345
Boston, MA 02110
Local Counsel for Plaintiff

## CERTIFICATE OF SERVICE

    I, James J. Walsh, counsel for defendants, hereby certify that I have this day, _2-09_, 2005, served a copy of the foregoing document on the plaintiff herein by mailing same, postage prepaid, to:

Thomas J. Joyce, III, Esq.  
HANNON & JOYCE  
The Public Ledger Bldg, Suite 1000  
L50 S. Independence Square W.  
Philadelphia, PA  19106

Michael J. McDevitt, Esq.  
88 Black Falcon Avenue  
Suite 345  
Boston, MA  02110

_____  
James J. Walsh