IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SYLVANTUS MOSES,

       Plaintiff

vs.                          Civil Action No.: 04CV-12534 (REK)

SPRINGFIELD TERMINAL
RAILWAY COMPANY

       Defendant

**PROPOSED JOINT SCHEDULING PLAN
PURSUANT TO RULE 16(B) AND 26(F)**

1.    Statement of the Case

    This case involves a personal injury action brought pursuant to an Act of Congress known as the Federal Employer's Liability Act (FELA), 45 U.S.C., Sec. 51 et seq. Sylvantus Moses worked for the defendant from 1973 to present, as a carman. On December 7, 2001, Plaintiff was pulling a chain on a come-a-long that slipped off, causing Plaintiff to fall and injure his left shoulder.

    As a result of his job duties, Plaintiff was exposed to the occupational risk factors for traumatic shoulder injuries. It is Plaintiff's claim that as a result of the Defendant's negligence, Plaintiff was diagnosed with strain and sprain to his left shoulder with mild bony degenerative joint disease.

    Defendant failed to provide Plaintiff with a safe work environment under the FELA. Defendant failed to provide Plaintiff with adequate manpower and/or equipment to safely perform the assigned task.

The Defendant denies Plaintiff's claims and further denies that its' alleged negligence was the proximate cause of Plaintiff's injuries.

2.  Joint Discovery Plan

The attorneys for the parties have reached an agreement for a proposed Pretrial schedule as follows:

(a) Initial disclosures to be completed by June 1, 2005;

(b) All fact discovery to be completed by November 15, 2005;

(c) All expert witnesses for Plaintiff to be designated by November 15, 2005;

(d) All expert witnesses for Defendant to be designated by December 15, 2005;

(e) All expert discovery to be completed by February 15, 2006;

(f) Motions for Summary Judgment to be filed by March 15, 2006; and

(g) Final Pre-trial Conference to be held on or before May 15, 2006.

Thomas J. Joyce, III, Esq., of Hannon & Joyce, and Michael J. McDevitt, Esq., of Lawson & Weitzan, LLP, counsel for Plaintiff, and James J. Walsh, Esq. of Herlihy, Thursby and Herlihy, LLP, counsel for Defendant, have conferred concerning the above discovery schedule and expenses.

Counsel for the parties have discussed informally exchanging discovery to reduce the cost of litigation to our clients and agreed to conform to the obligation to limit discovery set forth in F.R.C.P. 26(b). Discovery is expected to include all relevant information including but

not limited to Plaintiff's work and medical history as well as Defendant's safety, medical and environmental efforts regarding exposure to repetitive stress.

The parties and their respective counsel have not conferred regarding settlement.

Dated: March 8, 2005

                                             Respectfully Submitted,

ATTORNEY FOR PLAINTIFF             ATTORNEY FOR DEFENDANT

_____      _____

Thomas J. Joyce, III, Esq.             James J. Walsh, Esq.
HANNON & JOYCE                      Herlihy, Thursby and Herlihy
Public Ledger Building, Suite 1000     133 Federal Street
150 S. Independence Mall West        Boston, MA  02110
Philadelphia, PA   19106               617/ 426-6100
215-446-4460

Michael J. McDevitt, Esq.
Lawson & Weitzen
88 Black Falcon Avenue, Suite 345
Boston, MA   02210
617-439-4990
Local Counsel for Plaintiff