## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

 Sylvantus Moses
                    **Plaintiff**

            **V.**                    **CIVIL CASE NO.    04-12534-REK**


 Springfield Terminal Railway Co.
                    **Defendant**

### NOTICE AND ORDER

 Bowler, U.S.M.J.

        **PLEASE TAKE NOTICE that the above-entitled case has been set for _____**

 _____           a mediation hearing _____ on

 **Monday, March 27, 2006**        at      **10:00**        **A.M. before Magistrate**

**Judge      Marianne B. Bowler _____ in Courtroom #  25  .**

        **All parties with binding authority are required to attend, leave of Court is**

**required for any exceptions.   All confidential mediation briefs are required to be**

**submitted to the court at least 48 hours before the hearing.**

                                    **SARAH A. THORNTON,**
                                    **CLERK OF COURT**


      **1/20/2006**                    **By: /s/ Marc K. Duffy**
         **Date**                        **Deputy Clerk**


**(ADR NOTICE.wpd - 3/7/2005)**