```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


***************************
SYLVANTUS MOSES,           *
        Plaintiff          *
                           *
VS.                        *   CIVIL ACTION NO. 04-CV-12534-REK
                           *
SPRINGFIELD TERMINAL       *
RAILWAY COMPANY,           *
        Defendant          *
***************************
```

### DEFENDANT'S MOTION TO EXTEND TIME
### FOR FILING MOTION FOR SUMMARY JUDGMENT TO APRIL 12, 2006

Now comes the defendant and says that this case is scheduled for mediation on March 27, 2006.

In the event that the case is not settled at or before mediation, the defendant moves that the time for filing a Motion for Summary Judgment be extended to April 12, 2006. (The present deadline is March 15, 2006.)

```
                    THE DEFENDANT,
                    Springfield Terminal Railway Company
                    By Its Attorney,


                    /s/James J. Walsh_____
                    James J. Walsh - BBO #514540
                    HERLIHY, THURSBY AND HERLIHY, LLP
                    133 Federal Street
                    Boston, MA  02110
                    (617) 426-6100
```

**CERTIFICATE OF SERVICE**

    I, James J. Walsh, Attorney for the defendant, hereby certify that I have this day, March 14, 2006, served a copy of the within DEFENDANT'S MOTION TO EXTEND TIME FOR FILING MOTION FOR SUMMARY JUDGMENT by first class mail, postage prepaid, to:

| | |
|---|---|
| Thomas J. Joyce, III, Esq. | Michael J. McDevitt, Esq. |
| HANNON & JOYCE | 88 Black Falcon Avenue |
| The Public Ledger Bldg, Suite 1000 | Suite 345 |
| L50 S. Independence Square W. | Boston, MA  02110 |
| Philadelphia, PA  19106 | |

                                          /s/ James J. Walsh_____
                                          James J. Walsh