# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SYLVANTUS MOSES<br>Plaintiff<br><br>V.<br><br>SPRINGFIELD TERMINAL RAILWAY<br>Defendant | CIVIL ACTION<br><br>NO. 04cv12534REK |

## SETTLEMENT ORDER OF DISMISSAL

GERTNER, D. J.

The Court having been advised on __3/24/2006__ that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

__3/24/2006__  /s/ JENNIFER FILO
Date  Deputy Clerk

(Dismissal Settlement.wpd - 12/98)