FILED
CLERKS OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
2006 APR 26

U.S. DISTRICT COURT
DISTRICT OF MASS

SYLVANTUS MOSES,

      Plaintiff,

VS.

                      :  C. A. NO.  04-cv-12534-REK

SPRINGFIELD TERMINAL RAILWAY,

      Defendant,

## STIPULATION OF DISMISSAL

Now come the parties to the above-captioned action and, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims have been settled and amicably resolved and this action may be dismissed with prejudice, without costs or expenses including attorney's fees and waiving all right of appeal.

DATED:   April 17, 2006

Plaintiff
SYLVANTUS MOSES

By:_____
THOMAS J. JOYCE, III, ESQ.
HANNON & JOYCE
Public Ledger Bldg, Suite 1000
150 South Independence Mall West
Philadelphia, PA  19106

Defendant
SPRINGFIELD TERMINAL RAILWAY

By:_____
JAMES J. Walsh, Esquire
HERLIHY, THURSBY AND HERLIHY
133 Federal Street
Boston, MA  02110

Local Counsel for Plaintiff

By: _Michael McDevitt_
MICHAEL J. MCDEVITT, ESQ.
LAWSON & WEITZEN
88 Black Falcon Avenue, Suite 345
Boston, MA 02210